William G. Putnicki
Clerk Of Courts
800 Franklin Ave. Room 380
Waco, Texas 76701

**FILED**

MAY 3 1 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

May , 2011

Attn: Cause No's. W-10-CV-335 / W-10-CV-337 / W-10-CV-338 / W-10-CV-339 / W-10-CV-340 / W-10-CV-341

Mr. Putnicki,

    I am writing to respectfully ask about the current status of the above numbered causes and to also inform your office, and the Courts, that I have been transferred to the Beto Unit in Tennessee Colony, Texas. The exact mailing address is:

        Beto Unit
        1391 F.M. 3328
        Tennessee Colony, Tx. 75880

Respectfully submitted,

Charles Ray Reed

Charles Ray Reed #1582873
Beto Unit
1391 F.M. 3328
Tennessee Colony, Tx. 75880

Mr. Charles Rey Reed # 1582873
Beto Unit
1391 F.M. 3328
Tennessee Colony, Tx. 75880

EAST TEXAS PRDC
TX 757 1 T
27 NOV 2017 PM

Mr. William Patnicki
Clerk Of Court
800 Franklin Ave., Room 380
Waco, Texas 76701

